**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
kjacobson@quillarrowlaw.com
Allen Amarkarian, Esq. (SBN 319117)
aamarkarian@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024
Telephone: (310) 933-4271
Facsimile: (310) 889-0645

Attorneys for Plaintiff, **FELICE JOHNSON**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian C. Vanderhoof (SBN 248511)
Brian.Vanderhoof@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, CA 94105
Tel: (213) 680-5064
Fax: (213) 250-7900

Attorneys for Defendant, **NISSAN NORTH AMERICA, INC.**

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICE JOHNSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:22-cv-02083-KK-KS<br><br>*Assigned to the Hon. Judge Kenly Kiya Kato in Courtroom 3*<br><br>*Magistrate Judge Karen L. Stevenson in Courtroom 580*<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Lawsuit Filed: June 2, 2022<br>Trial Date: January 30, 2024 |

- 1 -
**JOINT NOTICE OF SETTLEMENT**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, FELICE JOHNSON, and Defendant, NISSAN NORTH AMERICA, INC., (the "Parties"), jointly, write to advise this Court that they have settled this matter. The Parties request that the Court vacate any upcoming hearings and deadlines while the performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs, and expenses, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

DATED: December 7, 2023         **QUILL & ARROW, LLP**

By:   */s/Allen Amarkarian*
       ALLEN AMARKARIAN
       Attorneys for Plaintiff, **FELICE JOHNSON**

DATED: December 7, 2023         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   */s/Brian C. Vanderhoof*
       BRIAN C. VANDERHOOF
       Attorneys for Defendant,
       **NISSAN NORTH AMERICA, INC.**